

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00049-CR

ANTOINE JAMES GARRETT, Appellant

§ On Appeal from the 372nd District Court

§ of Tarrant County (1722660)

V.

§ October 30, 2025

§ Memorandum Opinion by Justice Bassel

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
 Justice Dabney Bassel